# Court of Appeals
# of the State of Georgia

ATLANTA, July 25, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1257. WILLIE WELLS v. THE STATE.**

In 2019, Willie Charles Wells pleaded guilty to first degree forgery. On November 17, 2020, he filed an "Application for Out of Time Appeal to Withdraw a Guilty Plea." On December 9, 2020, the trial court entered an order dismissing his motion. On January 19, 2021, Wells filed a notice of appeal from the trial court's order. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Veasley v. State*, 272 Ga. 837, 838 (537 SE2d 42) (2000). Pretermitting whether we would otherwise have jurisdiction, Wells' notice of appeal was filed 41 days after entry of the trial court's order. Accordingly, this appeal is untimely and is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 07/25/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.